Muhammad Abd Saleem EURY, Plaintiff–Appellant,

v.

Lester BELL, sued in their individual capacities; Ray Williams, sued in their individual capacities; David Gammino, sued in their individual capacities, Todd Stone, sued in their individual and official capacities, Defendants–Appellees.

No. 01–7449.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 17, 2002.

Decided Jan. 28, 2002.

Muhammad Abd Saleem Eury, Appellant Pro Se.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Muhammad Abd Saleem Eury, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint under 28 U.S.C.A. § 1915A (West Supp.2001). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Eury v. Bell,* No. CA–01–533–2 (E.D.Va. Aug. 20, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*